OPINION — AG — THE ATTORNEY GENERAL CONCURRS IN THE CONCLUSION ABOVE REACHED BY YOU, PROVIDED THERE ARE AVAILABLE APPROPRIATIONS MADE TO THE COUNTY ELECTION BOARD "SPECIFICALLY DESIGNATED" FOR THE PAYMENT OF THE RENTALS ABOVE REFERRED TO (VOTING MACHINE), SUFFICIENT TO PAY SAID RENTALS WHEN DUE. CITE: 26 O.S. 1961 273 [26-273], 62 O.S. 1961 430.1 [62-430.1], 26 O.S. 1961 271-291 [26-271] — [26-291] (FRED HANSEN)